David R. Shoop (SBN: 220576)
Thomas S. Alch (SBN: 136860)
**SHOOP | A PROFESSIONAL LAW CORPORATION**
9701 Wilshire Blvd., Suite 950
Beverly Hills, CA 90212
Telephone: (310) 620-9533
david.shoop@shooplaw.com
thomas.alch@shooplaw.com

Attorneys for Plaintiffs, **KAREN SCANNELL and TERRENCE SCANNELL**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN SCANNELL and TERRENCE SCANNELL,<br><br>Plaintiffs,<br>vs.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN, INC.; COVIDIEN LP; COVIDIEN SALES LLC; COVIDIEN HOLDING INC.; MEDTRONIC, INC.; MEDTRONIC USA, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. **2:25-cv-02649-MRA (ADSx)**<br><br>**Honorable Mónica Ramírez Almadani**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND AND FOR AN AWARD OF ATTORNEY FEES IN THE AMOUNT OF $16,575.00 [28 U.S.C. §1447(c)]**<br><br>**Date: June 2, 2025**<br>**Time: 1:30 P.M.**<br>**Courtroom: 10B** |

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that on June 2nd, 2025, at 1:30 p.m., or as soon thereafter as this matter may be heard before the Honorable Mónica Ramírez Almadani in Courtroom 10B of this United States Courthouse located at 350 W. First Street, Los Angeles, CA 90012, Plaintiffs, Karen Scannell and Terrence Scannell ("Plaintiffs"), will move this Court, pursuant to 28 U.S.C. §1447(c), for an Order remanding this case to the Los Angeles County Superior Court and for an award of attorney fees in the amount of $16,575.00, as against Defendants, Covidien LP; Covidien Sales LLC; Covidien Holding Inc.; Medtronic, Inc.; Medtronic USA, Inc., ("Defendants"), as well as their counsel of record, Shook, Hardy & Bacon L.L.P., and Mayela C. Montenegro-Urch, Esq.

This Motion is made pursuant to 28 U.S.C. §§1332(a), 1441(b)(2), 1446(b)(1), §1447(c), and supporting case law on grounds that:

(1) Complete diversity of citizenship does not exist [28 U.S.C. §1332(a)];

(2) The removal is <u>violative of the forum defendant rule</u> set forth in 28 U.S.C. §1441(b)(2) as this action is not removable given that the Superior Court retains jurisdiction over the non-diverse Kaiser Defendants;

///

///

///

(3) The removal is violative of the rule of unanimity [28 U.S.C. §1446(b)(2)(A)] because the Kaiser defendants did not consent or agree to the Covidien and Medtronic defendants' ("the removing defendants") unilateral removal of the case to federal court; and

(4) Counsel for the removing defendants intentionally misstated and misrepresented to this Court the wording of the Los Angeles County's Superior Court Order, dated February 25, 2025, given that the Superior Court did not sever "Plaintiffs' case against the Kaiser Defendants from Plaintiffs' case against [the] Medtronic [defendants]" as stated by Attorney Montenegro-Urch in the operative Removal Notice [Dkt. No. 1, Exhibit A-26]

Accordingly, Plaintiffs' Complaint should be remanded to the Los Angeles County Superior Court. This Motion is made following the conference call between counsel pursuant to L-R 7.3, which took place on April 3, 2025, wherein counsel for the removing defendants, Attorney Montenegro-Urch, was given a safe harbor to stipulate to remand but refused. A summary of Plaintiffs' position was thereafter emailed to defense counsel. [Exhibit 1, April 3, 2025, Meet and Confer Correspondence].

Plaintiffs' Motion to Remand and for an award of attorney fees is based upon this Notice of Motion; the Memorandum of Points and Authorities in support of the Motion; the Declaration of David R. Shoop and the Exhibits attached thereto;

and upon such further evidence and argument as may be presented to this Court.

DATED: April 25, 2025

**SHOOP | A PROFESSIONAL LAW CORPORATION**

/s/ David R. Shoop
David R. Shoop, Esq.
Thomas S. Alch, Esq.
Attorneys for Plaintiffs, Karen Scannell and Terrence Scannell